[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-16063
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 22, 2010
JOHN LEY
CLERK

D. C. Docket No. 09-00030-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MILFORD VICKERS,
a.k.a. Buddy,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(July 22, 2010)

Before TJOFLAT, WILSON and COX, Circuit Judges.

PER CURIAM:

Jonathan Dingus, appointed counsel for Milford Vickers, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguably meritorious issues, counsel's motion to withdraw is **GRANTED**, and Vickers's conviction and sentence are **AFFIRMED**.